May 17, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

WILLIAM MARSH RICE UNIVERSITY AND GARY SPEARS, Appellants

NO. 14-13-00235-CV                    V.

RASHEED REFAEY, Appellee

_____

       This cause, an appeal from the order signed on February 21, 2013, was heard on the transcript of the record. We have inspected the record and find error in the order. We therefore order the order of the court below **REVERSED** and **RENDER** judgment that Defendants' Second Motion for Summary Judgment be granted and that appellee Rasheed Refaey take nothing by his claims against appellants William Marsh Rice University and Gary Spears.  We further order that all costs incurred by reason of this appeal be paid by appellee Rasheed Refaey. We further order this decision certified below for observance.